## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| NITEK, INC., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-420-JRG |
| | § | |
| PHOTON WAVE CO., LTD., | § | |
| *Defendant*. | § | |
| | § | |

## ORDER

Before the Court is the Joint Motion and Stipulation of Dismissal (Dkt. No. 88) filed by Plaintiff Nitek, Inc. and Defendant Photon Wave Co., Ltd.  In the Motion, the parties ask the Court to dismiss the above-captioned case and all claims and counterclaims therein with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  (*Id.* at 1).

Having considered the Motion, and noting that it was filed jointly, the Court finds that it should be and hereby is **GRANTED**.  Accordingly, it is **ORDERED** that the above-captioned case and all claims and counterclaims therein are **DISMISSED WITH PREJUDICE**.  Each party is to bear its own costs, expenses, and attorneys' fees.  All requests for relief not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 6th day of November, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE